IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

LISA BERRY,

 PLAINTIFF,

v.            CASE NO.: CV-08-J-1588-NE

EQUIFAX INFORMATION
SERVICES, LLC,

 DEFENDANT.

## ORDER

The court having been informed that this case has been amicably settled,

It is therefore **ORDERED** by the court that this case be and hereby is **DISMISSED WITHOUT PREJUDICE.**

It is further **ORDERED** that this court retains jurisdiction over the parties for the purpose of enforcing the parties' settlement agreement.

It is further **ORDERED** that the parties shall submit a formal stipulation of dismissal.

**DONE** and **ORDERED** this the 26th day of January, 2009.

            _____
            INGE PRYTZ JOHNSON
            U.S. DISTRICT JUDGE